# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL COLBY STEVENS

VERSUS

HOSPITAL SERVICE DISTRICT
NUMBER 1 OF TANGIPAHOA
PARISH D/B/A NORTH OAKS
HEALTH SYSTEM AND NORTH OAKS
OCCUPATIONAL HEALTH

NO.  2022 CW 0069

**APRIL 25, 2022**

In Re:   Hospital Service District No. 1 of Tangipahoa Parish
d/b/a North Oaks Health System and North Oaks
Occupational Health, applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
No. 2020-0002314.

**BEFORE:    WHIPPLE, C.J., LANIER AND HESTER, JJ.**

**WRIT DENIED.**

**VGW
WIL
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT